ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 03 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CODY JAMES MALUCK

Criminal Indictment

No. 1:26-CR-246

THE GRAND JURY CHARGES THAT:

On or about May 9, 2026, in the Northern District of Georgia and elsewhere, the defendant, CODY JAMES MALUCK, on an aircraft in the special aircraft jurisdiction of the United States, namely, Delta Air Lines Flight DL800, did knowingly interfere with the performance of the duties of the flight crew members and flight attendants of the aircraft, and lessen the ability of the members and attendants to perform those duties, by assaulting and intimidating the flight attendants and flight crew members, specifically, by slapping a flight attendant on the buttocks, in violation of Title 49, United States Code, Section 46504.

A ___TRUE___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
United States Attorney

PAUL R. JONES
Assistant United States Attorney
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181