U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
~~U.S.D.C. Atlanta~~

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JUN 0 3 2026

Division: Atlanta
(USAO: 2026R00457)

Kevin P. Weimer, Clerk
By: ___ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**1:26-CR-246**

COUNTY NAME:    Clayton

DISTRICT COURT NO.

MAGISTRATE CASE NO.    1:26-MJ-00553

X Indictment
DATE: June 3, 2026

Information
DATE:

X Magistrate's Complaint
DATE: May 11, 2026

UNITED STATES OF AMERICA
vs.
CODY JAMES MALUCK

GREATER OFFENSE CHARGED: X  Felony  Misdemeanor

## Defendant Information:

Is the defendant in custody?    X Yes   No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes   X No
    Other charges:
    Name of institution:

Will the defendant require an interpreter?    Yes   X No

District Judge:
Magistrate Judge:

Attorney:  Paul R. Jones
Defense Attorney: