ORIGINAL

**U.S. Department of Justice**
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

May 29, 2026
Date Submitted

JUN 03 2026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

CODY JAMES MALUCK

Indictment/Information

1:26-CR- 246

June 3, 2026
Date of Indictment

### Request For Arraignment – In Marshals Custody

Cody James Maluck, 62045-512
(Name)

Robert A. Deyton Detention Facility
(Institution)

May 29, 2026
(Date Verified)

ATTORNEY FOR DEFENDANT

Paul R. Jones
Assistant U.S. Attorney